# EXHIBIT C



BRENDA GEIGER



