IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | |
|---|---|
| EVA PEPAJ, BROOKE JOHNSON a/k/a BROOKE TAYLOR, JESSE GOLDEN a/k/a JESSICA GOLDEN, PAOLA CANAS, BRENDA GEIGER, JESSA HINTON a/k/a JESSICA HINTON, LINA POSADA, and TIFFANY TOTH GRAY, <br><br> Plaintiffs, <br><br> v. <br><br> BARCODE CORPORATION d/b/a BARCODE, <br><br> Defendant. | Case No. 1:22-cv-01397-RDM |

**<u>MOTION FOR ADJOURNMENT</u>**

    Plaintiffs, by and through their undesigned counsel, respectfully move this Court for an order adjourning the July 16, 2025 evidentiary hearing concerning Plaintiffs' damages and respectfully submit good cause exists for this request for the following reasons:

    1. Plaintiffs lead counsel, John V. Golaszewski, has a previously scheduled mediation with the U.S. Court of Appeals for the First Circuit on July 16, 2025 in a matter entitled *Davalos, et al. v. Baywatch, Inc.*, Appeal No. 25-1467.

    2. In addition, Plaintiffs note that their expert, Stephen Chamberlin, splits his time between the United States and Australia. Mr. Chamberlin will be in the United States from early July through early August. Thus, should the Court agree to adjourn the hearing, Plaintiffs' respectfully request that it adjourn it to a date in late July or early August.

    3. In the alternative, Plaintiffs respectfully request that Mr. Chamberlin be permitted to appear remotely at the proceeding. Though Plaintiffs' undersigned lead counsel resides in

Connecticut, he can appear in person at the hearing but would also be able to appear remotely if it is easier for the Court to conduct the entire proceeding remotely.

Dated: July 3, 2025

                                              Respectfully submitted,

                                              */s/ John V. Golaszewski*
                                              John V. Golaszewski, Esq.
                                              NY Bar No. 4121091
                                              The Casas Law Firm, PC
                                              1325 Avenue of the Americas
                                              28th Floor
                                              New York, New York 10019
                                              Tel: (646) 872-3178
                                              Fax: (855).220.9626
                                              john@talentrights.law

                                              *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 3rd day of July 2025.

                                              /s/ John V. Golaszewski